3:25-mj-00293

DISTRICT OF OREGON, ss:          AFFIDAVIT OF ETHAN ETTER

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, Ethan Etter, being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been employed with the FBI since July of 2016. I served as an FBI Honors Intern in college where I was assigned to the Behavioral Analysis Unit Counter Terrorism squad in Northern Virginia. I was later assigned to the Bryan, Texas resident agency where I assisted with violent crime and counter terrorism investigations. In August 2017, I became an Investigative Specialist (IS) and served as an IS for 5 years in the Kansas City Field Office. As an IS, I provided surveillance in support of a broad range of critical security priorities including white collar crime, domestic and international terrorism, counterintelligence, violent crimes against children, and cyber investigations. I became a Special Agent in December 2022. As a Special Agent, I have received extensive specialized training including completing the 18-week New Agent Training course at the FBI Academy in Quantico, Virginia. This course provides a comprehensive, high-level training in advanced law enforcement techniques related to the detection and interdiction of cybercrimes, criminal enterprises and aggravated felony offenses. I am currently assigned to the Portland Field Division where I am a member of the Violent Crime Squad. In this capacity, I investigate, a variety of violations to include Hobbs Act Robberies, felon in possession violations, scams, extortion, sextortion, federal assaults, threats, threatening communications, and other federal violations. I am also currently a member of the Kansas Air National Guard as a Tactical Air Control Party operator. In that capacity, over the last seven years I have experience analyzing footage from onboard aircraft cameras and sensors.

2. I submit this affidavit in support of an application for a criminal complaint against Brian Keith Kapileo Nepaial for violations set forth below

3. This affidavit is intended to show only that there is sufficient probable cause for the requested complaint and arrest warrant and does not set forth all of my knowledge about this matter. The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, interviews of witnesses, including pilot interviews, a review of records related to this investigation, communications with others who have knowledge of the events and circumstances described herein, and information gained through my training and experience.

### The Subject Offenses

4. Title 18 U.S.C. § 39A (Aiming a laser pointer at an aircraft) - provides that it unlawful to knowingly aim the beam of a laser pointer at an aircraft in the special aircraft jurisdiction of the United States, or at the flight path of such an aircraft.

5. Title 21 U.S.C. § 841(a)(1) (Possession with Intent to Distribute – Methamphetamine) – provides that it is unlawful to possess methamphetamine with the intent to distribute the methamphetamine.

### Statement of Probable Cause

6. On October 9, 2025, I submitted an application for a federal search warrant relating to an incident on October 3, 2025, where an unknown individual used a green laser to strike a Customs and Border Protection (CBP) helicopter, lighting up the cockpit and the eyes of one member of the flight crew. This caused the flight crew to abort their planned landing. The flight crew then circled the area from where the green laser beam was emanating and took camera footage from the area of the strike. They noticed the individual walking near a residence

and disappearing. I later examined the footage and conducted an investigation. I obtained probable cause to believe that the individual entered a residence located on Pinewood Way in Aloha, Oregon. I then applied for and received a federal search warrant from U.S. Magistrate Judge Youlee Yim You, allowing the search of the residence for items associated with the laser strike.



Above is a screenshot from the video of the helicopter being struck by a green laser beam. In the affidavit, I identified the defendant Brian Keith Kapileo Nepaial as one of the likely occupants. He is currently on probation in Washington County for Distribution of Methamphetamine /Heroin.

      7.      I participated in the execution of the search warrant on October 10, 2025, along with other law enforcement officers.

**Affidavit of Ethan Etter**        **Page 3**

8.     On the third floor of the residence there was a locked bedroom door. The door had to be breached and an individual later identified as defendant was discovered inside a bathroom only accessible from that bedroom.



9.     On a nightstand next to the bed inside that bedroom we discovered in plain view a black cylindrical device which was consistent with a laser. On the bed, we observed a bag containing a white granular substance, which was later field tested and determined to be approximately 19 grams of methamphetamine, as well as a pipe. Also on the bed was an Oregon driver's license in the name of defendant.



Above is a screenshot of the Laser Pointer used by the defendant on October 3, 2025. For reference, a red arrow is pointed at the laser pointer.



Above is the defendant's driver's license in a clear plastic bag next to the pipe and bag of methamphetamine. For reference, all described items are marked by a red arrow.

10.     Defendant was placed in handcuffs and read his *Miranda* rights. Defendant then agreed to answer questions. During questioning, defendant admitted that the device in his bedroom was his, and that he had purchased it recently through Temu, which I know to be an online storefront. He admitted using the laser on October 3, 2025, and striking what he said was "an aircraft." He said he was outside smoking, had the laser in his pocket, heard or saw an aircraft, and then removed the laser from his pocket and shined it at the aircraft. He said that after striking the aircraft with the laser, he went back inside his house and went to sleep.

11.     While still in the residence, a law enforcement officer pointed the laser at a wall and it emitted a green beam of light consistent with type of laser strike that hit the helicopter on the October 3, 2025. After being shown a picture of the seized device found on his bedstand, defendant admitted that that was the device he used to strike the aircraft.

12.     During a further search of defendant's bedroom, agents found a "sling bag" underneath the defendant's bed. Within that sling bag, agents found drug packaging items, and multiple smaller plastic bags, each filled with approximately one gram of methamphetamine, totaling approximately 100 grams.



This is a photo of the suspected packaging material and smaller clear bags each filled with approximately 1 gram of suspected methamphetamine.

13. During questioning, defendant confirmed the drugs were his, and that he sold the smaller bags of methamphetamine for $50 each.

14. I have reviewed defendant's criminal history, which includes a felony conviction? for Delivery of Heroin/Methamphetamine, a conviction for which defendant is currently on parole in Washington County. The defendant has additional drug related charges which include felony possession of methamphetamine in 2008, three felony charges of possession and delivery of methamphetamine in 2014, two felony charges of possession of methamphetamine in 2015, one felony charge of possession of methamphetamine in 2016, one felony charge of possession of methamphetamine in 2017, one felony charge of possession and another of delivery of methamphetamine in 2018, and lastly one felony charge each of delivery of methamphetamine

within 1000 feet of a school and delivery of heroine within 1000 feet of a school 2019. At this time, I do not know whether the charges resulted in convictions.

## Conclusion

15. Based on the facts detailed above, I believe there is probable cause that Brian Keith Kapileo Nepaial committed the subject violations.

16. Prior to being submitted to the Court, this affidavit, the accompanying application, and the requested criminal complaint were all reviewed by Assistant United States Attorney (AUSA) Christopher Cardani, who believes that the affidavit and application are legally and factually sufficient to establish probable cause to support the issuance of the requested arrest warrant.

*Signed Pursuant to Fed. R. Crim. P. 4.1*
ETHAN ETTER
Special Agent
Federal Bureau of Investigation

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 4:42 p.m. on October 10, 2025.

_____
HONORABLE JEFFREY ARMISTEAD
United States Magistrate Judge